UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| REGALO INTERNATIONAL LLC, ) | |
| ) | |
| Plaintiff, ) | Civil No. 00-CV-2333 DSD/JMM |
| ) | |
| v. ) | |
| ) | |
| GRACO CHILDREN'S PRODUCTS, ) | STIPULATION AND ORDER |
| COMPANY, INCORPORATED, ) | TO LIFT ENTRY OF DEFAULT |
| ) | AND TO EXTEND TIME FOR |
| Defendant. ) | DEFENDANT TO RESPOND TO |
| ) | COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Entry of Default entered in this matter be lifted. Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, the parties agree that there is good cause to lift the default, and Regalo will not be prejudiced if the default is lifted. The parties further stipulate that the deadline for Defendant to answer, plead or otherwise respond to plaintiff's Complaint will be extended to February 5, 2001.

2032461v1

FILED   JAN 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 5, 2001

*[signature]*
James Baldwin (#149263)

MOSS & BARNETT
A Professional Association
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 347-0300

Frederick A. Tecce
Anthony J. DiMarino
McSHEA/TECCE, P.C.
The Mellon Bank Center - 16th Floor
1735 Market Street
Philadelphia, PA 19103
(215) 599-0800

ATTORNEYS FOR PLAINTIFF
REGALO INTERNATIONAL, LLC

Dated: January 6, 2001

*[signature]*
James G. Bullard (#123249)
Nicole A. Engisch (#215284)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

Anthony S. Volpe
John J. O'Malley
VOLPE AND KOENIG, P.C.
400 One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103
(215) 568-6400

ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS,
COMPANY, INCORPORATED

**IT IS SO ORDERED.**

Dated: \_\_\_1/10\_\_\_, 2001.

BY THE COURT:

_____
John M. Mason
United States Magistrate Judge

2032461v1

3